# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KENNETH R. COPE,**

      **Plaintiff,**

**-vs-**                                             **Case No. 6:06-cv-449-Orl-28DAB**

**MERRILL REUTER, RANDY LUBINSKY, MARK SZPORKA, RON RIEWOLD, JAY ROSEN, ARTHUR J. HUDSON, ROBERT FUSCO, THOMAS J. CRANE, ALDO F. BERTI, PAINCARE HOLDINGS, INC.,**

      **Defendants.**

_____

## ORDER AND NOTICE OF HEARING

This cause came on for consideration without oral argument on the following motions filed herein:

> **MOTION:**    **AGREED MOTION FOR STAY (Doc. No. 22-1)**
>
> **FILED:**    May 25, 2006
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** as moot.
>
> **MOTION:**    **[SECOND] AGREED MOTION TO STAY PROCEEDINGS (Doc. No. 23-1)**
>
> **FILED:**    May 25, 2006
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**. Proceedings in the case will be stayed until June 29, 2006.

**TAKE NOTICE** that a Telephonic Status Conference will be held before the undersigned on **THURSDAY**, **JUNE 29, 2006** at **11:00 A.M.** in Courtroom #6, George C. Young U.S. Courthouse and Federal Building, 80 North Hughey Avenue, Orlando, Florida.

-2-

Counsel of record and every unrepresented party shall attend the Telephone Conference. Counsel appearing on behalf of a particular party shall be either the actual trial counsel or counsel empowered to direct the course of litigation and enter into settlements on behalf of the represented party. **Counsel and any party to this case wishing to participate in this hearing by telephone conference call must do so by calling Chambers to make advance arrangements at least one day prior to the hearing at telephone number (407) 835-4290.**

**DONE** and **ORDERED** in Orlando, Florida on May 30, 2006.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties