**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KENNETH R. COPE,**

       **Plaintiff,**

**-vs-**                                                                                 **Case No. 6:06-cv-449-Orl-28DAB**

**MERRILL REUTER, RANDY LUBINSKY, MARK SZPORKA, RON RIEWOLD, JAY ROSEN, ARTHUR J. HUDSON, ROBERT FUSCO, THOMAS J. CRANE, ALDO F. BERTI, PAINCARE HOLDINGS, INC.,**

       **Defendants.**
_____

## ORDER AND NOTICE OF HEARING

This cause came on for consideration following a Telephone Status Conference on June 29, 2006. Based on the representations of counsel at the hearing, the case will remain stayed until August 31, 2006. Plaintiff is **ORDERED** to file status reports, after consultation with Defendants, by **July 31, 2006** and by **August 25, 2006.**

**TAKE NOTICE** that a Telephonic Status Conference will be held before the undersigned on **THURSDAY**, **AUGUST 31, 2006** at **10:00 A.M.** in Courtroom #6, George C. Young U.S. Courthouse and Federal Building, 80 North Hughey Avenue, Orlando, Florida.

Counsel of record shall attend the Telephone Status Conference. Counsel and any party to this case wishing to participate in the Telephone Status Conference by telephone conference call may do so by calling Chambers to make advance arrangements at least twenty-four hours prior to the hearing at telephone number (407) 835-4290.

**DONE** and **ORDERED** in Orlando, Florida on June 29, 2006.

                                            *David A. Baker*
                                          DAVID A. BAKER
                             UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record